| | |
|---|---|
| George Haines, Esq.<br>Nevada Bar No. 9411<br>David Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>1020 Garces Ave.<br>Las Vegas, NV 89101<br>Phone: (702) 880-5554<br>FAX: (702) 385-5518<br>Email: info@hainesandkrieger.com<br>Attorney for Shawn and Jenny Snyder | E-FILED: October 3, 2008 |

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>**Shawn and Jenny Snyder**,<br><br>Debtor(s). | Case No. BKS-08-18956-LBR<br>Chapter 13<br><br>Hearing Date:  November 6, 2008<br>Hearing Time:  3:00 P.M. |

### CERTIFICATE OF SERVICE RE: MOTION TO VALUE COLLATERAL, "STRIP OFF" AND MODIFY RIGHTS OF LITTON LOAN SERVICING, L.P. (ACCT ENDING IN 2186 CLAIM 2-1) PURSUANT TO 11 U.S.C. §506(a) AND §1322

I, David Krieger, hereby certify that a copy of the above titled document filed in the above entitled case, was noticed by me on October 3, 2008, as specified below:

**Parties in this matter were served the above related documents as follows:**

| | |
|---|---|
| **Electronic service (email):** | Rick A. Yarnall, Esq.<br>Chapter 13 Trustee (through ECF System) |
| **Certified Mail:** | LITTON LOAN SERVICING, L.P.<br>BANKRUPTCY DEPARTMENT<br>RESIDENT AGENT<br>4828 LOOP CENTRAL DRIVE<br>HOUSTON, TX  77081-2226 |

- 2 -

|   | LITTON LOAN SERVICING, L.P.<br>BANKRUPTCY DEPARTMENT<br>AUTHORIZED AGENT<br>MATTHEW DRYER<br>1544 OLD ALABAMA ROAD<br>ROSWELL, GA  30076<br><br>CSC SERVICES OF NEVADA, INC.<br>BANKRUPTCY DEPARTMENT<br>RESIDENT AGENT<br>502 EAST JOHN STREET<br>CARSON CITY, NV  89706 |
|---|---|

DATED October 3, 2008

      I declare under penalty of perjury that the foregoing is true and correct.

      By: <u>/s/David Krieger, Esq.</u>
          David Krieger, Esq.
          An Employee of Haines & Krieger, LLC