

Entered on Docket
March 23, 2009

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**
_____

David Krieger, Esq.
State Bar No. 9086
George Haines, Esq.
State Bar No. 9411
HAINES & KRIEGER, LLC
1020 Garces Ave.
Las Vegas, NV 89101
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
Attorney for Shawn Snyder and Jenny Snyder

E-FILED: March 17, 2009

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | ) Case No. BKS-08-18956-LBR |
|---|---|
| | ) Chapter 13 |
| | ) |
| **Shawn Snyder and Jenny Snyder**, | ) Hearing Date:  November 6, 2008 |
| | ) Hearing Time:  3:00 P.M. |
| Debtor(s). | ) |

### AMENDED ORDER ON MOTION TO VALUE COLLATERAL, "STRIP OFF" AND MODIFY RIGHTS OF LITTON LOAN SERVICING, L.P. (ACCT ENDING IN 2186 CLAIM 2-1) PURSUANT TO 11 U.S.C. §506(a) AND §1322

THE ABOVE MATTER having been heard at the time and date above the Court Finds as

follows:

1. The Debtors' property located at 3935 QUADREL STREET, LAS VEGAS, NV 89129-5514 (the "Subject Property") is valued at $360,000.00.

2. That on the filing date of the instant Chapter 13 petition, LITTON LOAN SERVICING, L.P. (ACCT ENDING IN 2186 CLAIM 2-1)'s claim was wholly unsecured.

**IT IS THEREFORE ORDERED THAT** LITTON LOAN SERVICING, L.P. (ACCT ENDING IN 2186 CLAIM 2-1)'s secured claim is "Stripped off" pursuant to 11 U.S.C. Section 506(a);

**IT IS FURTHER ORDERED THAT** LITTON LOAN SERVICING, L.P. (ACCT ENDING IN 2186 CLAIM 2-1)'s secured rights and/or lien-holder rights in the Subject Property are hereby terminated.

**IT IS FURTHER ORDERED THAT** in the event the instant chapter 13 matter is dismissed or converted to a chapter 7 proceeding the instant Order shall be vacated.

DATED March 17, 2009

HAINES & KRIEGER, L.L.C.

By:     /s/David Krieger, Esq.
David Krieger, Esq.
Attorney for Debtor(s)

**ALTERNATIVE METHOD re: RULE 9021**:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

___ No parties appeared or filed written objections, and there is no trustee appointed in the case.

__x_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

APPROVED:

DISAPPROVED:

FAILED TO RESPOND:     Rick Yarnall, Esq.

##

- 4 -

Case 08-18956-lbr    Doc 40    Entered 03/23/09 14:04:03    Page 4 of 4