E-Filed on 11-5-09

1  Jessica Newill, Esq.
   NV Bar #11425
2  Law Office of Brian D. Shapiro, a Nevada LLC
   411 E. Bonneville Ave., Suite 300
3  Las Vegas, NV 89101
   Tel: (702) 386-8600
4  Fax: (702) 383-0994
   *Counsel for eCAST Settlement Corporation*

5

6                    **UNITED STATES BANKRUPTCY COURT**
                     **DISTRICT OF NEVADA – LAS VEGAS**
7

   In Re:                          : Case No. 08-18956-LBR
8                                   : Chapter 13
                                    :
9  SHAWN SNYDER AND                 : RESPONSE OF ECAST SETTLEMENT
   JENNY SNYDER,                    : CORPORATION TO DEBTORS' OBJECTION
10                                  : TO CLAIM NUMBER 15
            Debtors.                :
11                                  :
                                    :

12     **RESPONSE OF ECAST SETTLEMENT CORPORATION TO DEBTORS'**
                  **OBJECTION TO CLAIM NUMBER 15**
13

14      eCAST Settlement Corporation ("eCAST"), by and through its undersigned counsel,

15 hereby responds to the Debtors' Objection to Claim Number 15 and in support thereof, avers

   as follows:
16
                              **BACKGROUND**
17

18      1.      On August 11, 2008, Shawn Snyder and Jenny Snyder ("Debtor(s)") filed a

19 voluntary petition under Chapter 13, Title 11 of the United States Code and relief was ordered

   thereon.
20

21      2.      On November 14, 2008, HSBC Bank Nevada and its Assigns ("HSBC"), by

22 eCAST, as its agent, timely filed a general unsecured proof of claim for the unpaid pre-

23 petition charges incurred on Debtor Shawn Snyder's credit card account number

24                                  Page 1

1  ************6540 in the amount of $5,031.21. The claim is designated as Claim Number

2  15 ("Claim 15") on the Court's Claims Register. A true and correct copy of Claim 15 is

3  attached hereto and made a part hereof as Exhibit "A".

4  3.    After the claim was filed, HSBC sold the account to eCAST. On July 20,

5  2009, a Transfer of Claim 15 was filed pursuant to Fed. R. Bankr. P. 3001 (e)(2). *See* Docket

6  Entry No. 56.

7  4.    The Debtors list a debt owed to "HSBC/ORCHARD BK" on their signed and

8  sworn Schedule F for account number ********0229 (redacted herein, but not on original)

9  and in the amount of $4,956.00, which matches the amount due on the account as of June 11,

10  2009, as reflected on the Account Summary attached to Claim 15. Although the Debtors list

11  the debt as disputed, they do not cite a basis for their dispute with the debt.

12  5.    On October 12, 2009, the Debtors filed an objection to Claim 15 alleging that

13  the claim lacks supporting evidence of an agreement establishing the Debtors' indebtedness;

14  that the claim's attachment fails to qualify as an account summary; that, more generally, the

15  claim fails to satisfy the requirements of Fed. R. Bankr. P. 3001(c), lacks *prima facie* validity,

16  holds no evidentiary value, and is unenforceable against the debtors and their property.

17  **RESPONSE**

18  6.    Claim 15 was filed with an Account Summary in support of the Claim. The

19  Account Summary reflects Debtor Shawn Snyder's name, redacted Social Security number,

20  address, redacted account number, account open date, account charge-off date, bankruptcy

21  case information, running account balance for three (3) months prior to the petition date and

22  balance due as of the petition date.

23

24  Page 2

1    7.    Despite the fact that eCAST avers that Claim 15 was filed with a sufficient

2    supporting summary and in light of the admissions in the Debtors' schedules, in an effort to

3    resolve the Debtors' Objection, eCAST filed an amended Proof of Claim on November 4,

4    2009 to include additional supporting documentation in the form of true and correct copies of

5    the Debtor's account statements dated January 2008 through August 2008.  The account

6    statements reflect Debtor Shawn F. Snyder's name, address, as listed by the Debtors on their

7    petition, redacted account number, account activity for the specified period and balance due as

8    of the petition date.  Also attached to the amended Proof of Claim is a copy of the governing

9    assignment of the account represented by the Claim, from HSBC to eCAST.  The amended

10    Proof of Claim is designated as Claim number 15-2 on the Court's claims register and a copy

11    is attached hereto and made a part hereof as Exhibit "B."

12

13                    **THE CLAIM ENJOYS *PRIMA FACIE* VALIDITY.**

14    8.    A claim that is properly executed and filed is given prima facie validity.  Fed.

15    R. Bankr. P. 3001(f).  Accordingly, a claim is filed pursuant to a federal criminal penalty of

16    up to $500,000 or imprisonment of up to five years.  18 U.S.C. §§ 152, 3571.

17    9.    If the objecting party provides **substantial** evidence, he will succeed in

18    overcoming the *prima facie* effect of 3001(f).  Only after overcoming the *prima facie* effect of

19    the Proof of Claim does the burden of going forward shift to the Claimant to prove the

20    validity of their Claims by a preponderance of the evidence.  *Allegheny Int'l, Inc.*, 954 F.2d

21    167, 173-74 (3rd Cir. 1992).

22    10.    Even a claim that is not sufficient to achieve *prima facie* validity is still some

23    evidence of the debt.  See *In re Mazzoni*, 318 B.R. 576, 578-79 (Bankr. D. Kan. 2004) ("If a

24                                                Page 3

1    claim does not have prima facie validity, the claimant still satisfies its initial burden of

2    proving the existence and amount of the claim with the presentation of the proof of claim,

3    which is signed under penalty of up to $ 500,000 or up to five years in prison.")

4        11.    In the instant case the Debtors, by an utter lack of any controverting evidence,

5    have failed to overcome the *prima facie* validity of the Claim.

6

7    ## THE DOCUMENTATION ATTACHED TO THE CLAIM IS SUFFICIENT TO SHOW ITS VALIDITY.

8        12.    Contrary to Debtors' allegation in their Objection, Claim 15 was filed with a

9    fully compliant Account Summary in support of the Claim, as previously noted.

10       13.    "A proof of claim is a written statement setting forth a creditor's claim."

11   Fed.R.Bankr.P. 3001(a).  A properly executed and filed proof of claim is presumed to be

12   valid. Fed.R.Bankr.P. 3001(f).

13       14.    Official Bankruptcy Form 10 provides that proofs of claim should be filed with

14   supporting documents but, **"If the documents are voluminous, attach a summary."**

15   (emphasis added).

16       15.    The majority of courts have concluded that the documentation of a credit card

17   account is voluminous and to require such documentation be produced would be burdensome.

18   Thus, a summary is sufficient to support a proof of claim based upon a credit card debt.  See

19   *In re Cluff,* 313 B.R. 323 (Bankr. D. Utah 2004) *aff'd sub nom.*, *Cluff v. eCAST Settlement*

20   *Corp.*, No. 2:04-CV-978-TS, 2006 U.S. Dist. LEXIS 71904 (D. Utah Sept. 29, 2006)[1] citing

21

22   [1] In a decision that addressing the specific documentation requirements of credit card debt, the court in *In re Cluff* elaborated
on the documentary evidence of a debt. *Cluff,* 313 B.R. 323.  The writing that manifests a debt is the receipt signed by the

23   debtor, at the point of sale, at the time of use of the credit card, whether on paper or recorded electronically.  *Id.*  Requiring
the attachment to a proof of claim be comprehensive rather than summary documentation would inevitably yield voluminous
documentation.  The Court in *Cluff* opined:

24

*In re Bledsoe,* No. 1-03-01609 (Bankr. M.D. PA 2004) (finding that it would be unduly

burdensome to require a credit card company to attach a complete transaction history because

the debt is based on each individual credit transaction)(unpublished), see also *In re Kemmer,*

315 B.R. 706 (Bankr. E.D. Tenn. 2004) (finding that Official Form 10 allows for attachment

of a summary of the claim, which falls in line with Federal Rule of Evidence 1006).

    16.    The Eighth Circuit Bankruptcy Appellate Panel in *In re Dove-Nation,* 318 B.R.

at 147 reviewed similar claims filed by eCAST.  The Court ruled:

> In the instant case, the Claimant complied substantially with the rules and the instruction on the proof of claim form. The Claimant identified the claims almost to the exact dollar amounts listed by the Debtor in her schedules, attached summaries of the claims, provided explanations why additional documentation was not attached, and provided instructions to request additional documentation if desired. The claims complied with the spirit of the applicable rules and as such constituted prima facie evidence of the validity and amount of the claims. Fed. R. Bankr. P. 3001(f). However, even if the claims had not substantially complied with Rule 3001, the claims are still allowed claims under Section 502 of the Bankruptcy Code unless the Debtor establishes an exception under Section 502(b). 11 U.S.C. § 502(a) and (b).

318 B.R. at 151-152.

---

Requiring a credit card company to come forward with the original credit card agreement and a manifestation of each electronic recording of a transaction, whether it be in the form of the signed receipt the debtor retains for his or her personal records or the electronic transmission of each use that the credit card issuer records, would unduly burden the parties and would inundate the Court with documents. Such a compilation of information would be lengthy and overly burdensome for all concerned.  Consequently, the Court concludes that a summary of the transactions is sufficient for purposes of Bankruptcy Rule 3001(c). *Id.* at p. 334-35.

**The *Kemmer* Court agreed:**

Nevertheless, requiring the creditor to attach voluminous documentation to a proof of claim would put an unduly onerous burden upon the creditor, as well as the debtor and the Chapter 13 trustee, who would be required to sift through the produced documentation in assessing the claim's validity. Accordingly, Official Form 10 allows for attachment of a summary of the claim, which falls in line with <u>Federal Rule of Evidence 1006</u>, allowing voluminous documentation to be "presented in the form of a chart, summary, or calculation." FED.R.EVID. 1006; *see also Cluff*, 313 B.R. at 335. *Kemmer*, **315 B.R. at 715.**

**A PUTATIVE LACK OF DOCUMENTATION IS NOT A BASIS UNDER 11 U.S.C.**
**502(b) UPON WHICH A CLAIM CAN BE DISALLOWED**

17.      A claim may be disallowed only after objection, after notice and hearing, and

only if it is excepted by one of the specified provisions of the statute.  *In re Dove-Nation*, 318

B.R. at 150, 153; 11 U.S.C. § 502(b)(1)-(9).  The Court "shall allow such claim" in the

Court's determinate amount unless it finds one or more of nine statutory exceptions, *Id.*; *In re*

*Taylor*, 289 B.R. 379, 384 (Bankr. N.D. Ind. 2003).

18.      Furthermore, the use of "shall" and the enumerated listing of exceptions permit

no exercise of discretion beyond statute.  *In re Taylor*, 289 B.R. at 384.  As the United States

Bankruptcy Appellate Panel For The Eighth Circuit opined: "Section 502(b) sets forth the sole

grounds for objecting to a claim and directs the court to allow the claim unless one of the

exceptions applies."  *In re Dove-Nation*, 318 B.R. at 150 (emphasis added).

> The Bankruptcy Code could not be more clear: a claim, proof of which is
> filed, shall be allowed unless it falls within one of the exceptions set forth in
> Section 502(b).  The Claimant filed proofs of claims and the Debtor failed to
> allege much less present any evidence that the claims fell within one of the
> exceptions.  Consequently, the claims were properly allowed.
>
> *Id.* at 153.

19.      Nothing in 11 U.S.C. § 502(b)(1)-(9) would disallow a claim solely based on

the allegation that the claimant failed to include sufficient supporting documentation or to

comply with Fed. R. Bankr. P. 3001.  The United States Congress intended no grounds for

disallowance other than those enumerated in the statute.  H.R. Rep. 95-595, at 352

(1977) ("Subsection (B) prescribes the grounds on which a claim may be disallowed.").

20.      The Debtors bear the burden of proof of establishing that the Claim is not

valid.  Federal Rule of Bankruptcy Procedure 3001(f) provides that a proof of claim filed in

Page 6

accordance with the rules shall constitute *prima facie* evidence of the validity and amount of the claim.

21. The Debtors' Objection, lacking any controverting evidence, fails to overcome the *prima facie* validity of the Claim. Moreover, and fatally, the Debtors have not shown any substantive basis, grounded in 11 U.S.C. § 502(b), for disallowance of the Claim.

**THE COURT SHOULD DETERMINE THE AMOUNT OF THE CLAIM**

22. "Once a claim objection is filed, the court determines the amount actually owed after notice and a hearing." *Garner,* 246 B.R. at 623 (citations omitted). Accordingly, disallowance is not a remedy; rather, the Court is charged with reviewing the positions of the parties and fixing the amounts of the Claims. *See In re Burnett,* 306 B.R. 313 at n.8 (B.A.P. 9th Cir. 2004). *See also Kemmer,* 315 B.R.at 712. "If a party in interest files an objection, the court must determine the proper amount of the claim and allow it accordingly, unless the claim [is excepted by the provisions of § 502]." *Cluff,* 313 B.R. 323, 331 ).

23. eCAST avers that the Court can readily determine the amount and validity of the Claim from a review of the Claim as filed and/or amended.

**WHEREFORE**, eCAST Settlement Corporation respectfully requests this Honorable Court overrule the Debtors' Objection to Claim number 15 and allow the Claim as filed.

By: _____
Jessica Newill, Esq.
NV Bar #11425
Law Office of Brian D. Shapiro, a Nevada LLC
411 E. Bonneville Ave., Suite 300
Las Vegas, NV 89101
Tel: (702) 386-8600
Fax: (702) 383-0994
*Counsel for eCAST Settlement Corporation*

Page 7

1

**CERTIFICATE OF SERVICE**

2        **I HEREBY CERTIFY** that service of the RESPONSE OF ECAST SETTLEMENT

3    CORPORATION TO DEBTORS' OBJECTION TO CLAIM NUMBER 15 was made on the

4    5th day of November, 2009, by depositing a true and correct copy of the aforementioned in

5    a mail box of the United States Post Office, enclosed in a sealed envelope, postage fully

6    prepaid thereon, addressed to the following parties:

7

8            TO:     Shawn and Jenny Snyder
                      3935 Quadrel Street
9                     Las Vegas, NV 89129

10        **I FURTHER CERTIFY** that service of the foregoing was also made on the 5th day

11    of November, 2009, according to the Electronic Filing Procedures, which have been adopted

12    by the Court pursuant to applicable administrative orders, addressed to the following parties:

13

14    Parties Served:
      David Kreiger, Esquire                          Rick A. Yarnall, Trustee
15    HAINES & KREIGER, L.L.C..                        701 Bridger Avenue, #820
      1020 Garces Avenue                               Las Vegas, NV 89101
16    Las Vegas, NV 89101

17

18                                    By:    _____
                                             An employee of THE LAW OFFICE OF
19                                           BRIAN SHAPIRO, LLC.

20

21

22

23

24                                          Page 8

FORM B10 (Official Form 10) (12/07)    Case 08-18956-lbr   Claim 15-1   Filed 11/14/08   Page 1 of 3    SNYDERNV0086

| UNITED STATES BANKRUPTCY COURT - DISTRICT OF NEVADA<br>LAS VEGAS DIVISION | PROOF OF CLAIM<br>Chapter 13 |
|---|---|

Name of Debtor  SHAWN SNYDER
AKA:            SHAWN F SNYDER

Case Number  08-18956-LBR

NOTE:  This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
**HSBC Bank Nevada and its Assigns**
**by eCAST Settlement Corporation, as its agent**
Name and address where notices should be sent:
  eCAST Settlement Corporation
  P.O. Box 35480
  Newark, NJ 07193-5480

Telephone number: (610) 644-7800          * see attachment

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____

Filed on: _____

Name and address where payments should be sent (if different from above)

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed:  $  5,031.21

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim:  CREDIT CARD DEBT
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: ************6540
   3a. Debtor may have scheduled account as: HSBC Bank Nevada and its Assigns
        (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe:
Value of Property:$_____ Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____ Basis for perfection:_____
Amount of Secured Claim: $_____ Amount Unsecured: $_____

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary.
(See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING

If the documents are not available, please explain:

5. Amount of Claim Entitled to Priority under 11 U.S.C.§507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.
Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507(a)(__).
Amount entitled to priority:
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

Date: 11/12/08
       /s/Thomas A. Lee III
       Becket & Lee LLP, Attorneys/Agent for Creditor

FOR COURT USE ONLY

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Pet: 08/11/08


EXHIBIT A

15

SNYDERNV0086

*By written agreement between Creditor and eCAST Settlement Corporation, eCAST Settlement Corporation has been authorized to file this proof of claim as agent for Creditor pending the Creditor's charge-off of the account and the transfer of the title to the account to eCAST Settlement Corporation.   Creditor has further authorized eCAST Settlement Corporation to receive notices and payments with respect to this claim on Creditor's behalf, to be allocated pursuant to the terms of such agreement. ♠

EXHIBIT A

Case 08-18956-lbr   Claim 15-1   Filed 11/14/08   Page 3 of 3

```
BANKRUPT DEBTOR: SNYDER, SHAWN                    BANKRUPTCY NUMBER: 08-18956-LBR
A/K/A:           SNYDER, SHAWN F                  FILING DATE:       08/11/2008
                 ***-**-2697                      CHAPTER:           13
                 3935 QUADREL ST
                 LAS VEGAS NV, 891295514


HSBC Bank Nevada and it assigns,
by eCAST Settlement Corporation as its agent
PO BOX 35480
NEWARK, NJ, 07193-5480
```

ACCOUNT SUMMARY

```
Account Debtor:      SNYDER, SHAWN
Account A/K/A:       SNYDER, SHAWN F
SSN1:                ***-**-2697

Account Number:      ************6540
Account Type:        CREDIT CARD

Open Date:           11/18/2006
Charge off Date:     10/31/2008

Current Balance:     $5031.21
```

| Statement Date | | | Balance |
|---|---|---|---|
| October | 12, | 2008 | $5031.21 |
| September 11, | | 2008 | $5031.21 |
| August | 11, | 2008 | $5031.21 |
| July | 11, | 2008 | $4992.90 |
| June | 11, | 2008 | $4956.10 |
| May | 11, | 2008 | $5032.05 |

Pursuant to paragraph 7 Official Bankruptcy Form 10, Proof of Claim, in lieu of attaching voluminous account
documents, a summary of the account,compiled from the information contained in the account databases of
HSBC Bank Nevada and its assigns, if any, is provided. (See Instructions to Official Form 10).  This debt
arises from the use of a credit / charge card account or other money loaned, the supporting documents for which
were provided by HSBC Bank Nevada and its assigns to the debtor pre-petition. For further information about this
claim call 1-800-962-6030 and ask to speak to the Claims Servicing Supervisor.  Some documents may no longer
be available.

EXHIBIT A

B10 (Official Form 10) (12/08)       **AMENDS CLAIM NUMBER 15**       BL7731130

| UNITED STATES BANKRUPTCY COURT - | DISTRICT OF NEVADA LAS VEGAS DIVISION | PROOF OF CLAIM Chapter 13 |
|---|---|---|

| | |
|---|---|
| Name of Debtor: SHAWN SNYDER <br> AKA:      SHAWN F SNYDER | Judge LINDA B. RIEGLE <br> Case Number: 08-18956-LBR |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (The person or other entity to whom the debtor owes money or property): <br> eCAST Settlement Corporation, assignee of HSBC Bank Nevada and its Assigns | ☑ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent: <br> eCAST Settlement Corporation <br> POB 35480 <br> Newark, NJ 07193-5480 | Court Claim Number: _____ 15 _____ <br> *(If known)* |
|   | Filed on: _____ 11/14/08 _____ |
| Telephone number:   610-644-7800 | |
| Name and address where payment should be sent (if different from above): | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
| Telephone number: | ☐ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| 1. Amount of Claim as of Date Case Filed:      $    5,031.21 | 5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount. |
| If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4. | |
| If all or part of your claim is entitled to priority, complete item 5. | Specify the priority of the claim. |
| ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges. | ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| 2. BASIS FOR CLAIM: _____ CREDIT CARD DEBT _____ <br> (See instruction #2 on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507(a)(4). |
| 3. Last four digits of account or other number by which creditor identifies debtor: _____ ************6540 <br>    3a. Debtor may have scheduled account as: __ HSBC Bank Nevada and its Assigns __ <br>      (See instruction #3a on reverse side) | |
| 4. Secured Claim. (See instruction #4 on reverse side.) <br> Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information. | ☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(5). |
| Nature of property or right of setoff:    ☐ Real Estate    ☐ Motor Vehicle    ☐ Other <br> Describe: | ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507(a)(7) |
| Value of Property: $_____ Annual Interest Rate _____% | |
| Amount of arrearage and other charges as of time case filed included in secured claim, | ☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507(a)(8). |
| if any: $_____ Basis for perfection: _____ | ☐ Other - Specify applicable paragraph of 11 U.S.C. §507(a)(_). |
| Amount of Secured Claim: $_____ Amount Unsecured: $_____ | |
| 6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim. | Amount entitled to priority: |
| 7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgements, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)* <br><br> DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. <br><br> If the documents are not available, please explain: | $_____ <br><br> *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |

| | |
|---|---|
| Date: 11/4/09 <br>      /s/ THOMAS A. LEE III <br>      Becket & Lee LLP, Attorneys/Agent for Creditor | FOR COURT USE ONLY |

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*      A05AE7T

Pet:8/11/08      HPT81111





## ASSIGNMENT OF ACCOUNTS

HSBC Bank Nevada, N.A. and HSBC Card Services (III) Inc. (each, the "Seller"), for value received, without recourse, transfer, sell and assign to eCAST Settlement Corporation (the "Buyer") all right, title and interest in and to (i) each unsecured consumer credit card account described on each computer file furnished to the Buyer by the Seller in connection with this assignment (the "Accounts") effective as of the date the purchase price for each such Account is delivered by Buyer to Seller; and (ii) all proceeds of each Account after the close of business on the date the initial computer file relating to such Account is delivered by Seller to Buyer.

The Accounts are accounts with respect to which the Seller has entered on its system that a debtor of the account filed under Chapter 13 of the United States Bankruptcy Code.

Dated:                                      SELLER:

                                            HSBC BANK NEVADA, N.A.

                                            By: _____
                                                Name:  Stephen C. Basilotto
                                                Title:   Exec. Vice President


                                            HSBC CARD SERVICES (III) INC.

                                            By: _____
                                                Name:  Stephen C. Basilotto
                                                Title:   Exec. Vice President

**HSBC Card Services**
PO Box 98711, Las Vegas, NV 89193



EXHIBIT B

HPT81111

# HOUSEHOLD BANK PLATINUM 

SHAWN F SNYDER - Valued Cardmember Since 2006                                    Page 1 of 1

| ACCOUNT SUMMARY | | PAYMENT SUMMARY | | BALANCE SUMMARY | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | -6540 | MINIMUM PAYMENT* | $111.00 | PREVIOUS BALANCE | $5,026.69 |
| TOTAL CREDIT LIMIT | $5,000 | PAYMENT DUE DATE | 02/05/08 | PAYMENTS/CREDITS - | $114.00 |
| TOTAL CREDIT LIMIT AVAILABLE | $27 | CURRENT PAYMENT DUE* | $111.00 | PURCHASES/DEBITS + | $0.00 |
| | | * See About Your Payment on reverse for an explanation of these amounts. | | | |
| | | | | FINANCE CHARGE + | $60.29 |
| STATEMENT DATE | 01/11/08 | | | NEW BALANCE = | $4,972.98 |

## TRANSACTION SUMMARY
(For additional transaction detail go to www.hsbccreditcard.com)

| TRANS DATE | POST DATE | TRANSACTION DESCRIPTION | REFERENCE NUMBER | AMOUNT CHARGES | CREDITS |
|---|---|---|---|---|---|
| 12/29 | 12/31 | DMP PAYMENT | S12290763120000000009432 | | -$114.00 |

## FINANCE CHARGE CALCULATION
This is a grace account. Grace period information on back.

| | Average Daily Balance | Daily Periodic Rate | Days In Billing Cycle | FINANCE CHARGE At Periodic Rate | Cash Advance/ Transaction Fees | Nominal Annual Percentage Rate | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|---|
| PURCHASES | $4,446.71 | 0.03535% | 31 | $48.73 | $0.00 | 12.90% | 12.900% |
| CASH ADVANCES | $567.77 | 0.06685% | 31 | $11.56 | $0.00 | 24.40% | 24.400% |

✓ MAIL PAYMENTS TO:
HSBC CARD SERVICES
PO BOX 60102
CITY OF INDUSTRY CA 91716-0102

☎ QUESTIONS?
24-HOUR CUSTOMER SERVICE
1-800-462-2016
OUTSIDE USA, COLLECT: 1-767-523-3880
TDD HEARING IMPAIRED: 1-800-395-9620
🖥 Manage your account online at:
www.hsbccreditcard.com

✉ MAIL INQUIRIES TO:
HSBC CARD SERVICES
PO BOX 61622
SALINAS CA 93912-1622

0607515  11  0000000103  G    STMT72  D B                        00004948          HBS1
PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT: To Assure Proper Credit Please Write Your Account Number On Your Check

| Account Number | | -6540 |
|---|---|---|
| | Payment Due Date | 02/05/08 |
| New Balance | $4,972.98 Current Payment Due | $111.00 |

Include account number on check to HSBC CARD SERVICES. Do not send cash. Send payment 7 days prior to the Payment Due Date to ensure timely delivery.

Amount Enclosed

SHAWN F SNYDER
3936 QUADREL ST
LAS VEGAS NV  89129-5514

HSBC CARD SERVICES
PO BOX 60102
CITY OF INDUSTRY CA  91716-0102

654000011100004972983



# HOUSEHOLD BANK PLATINUM 

SHAWN F SNYDER - Valued Cardmember Since 2006

Page 1 of 1

| ACCOUNT SUMMARY | |
|---|---|
| ACCOUNT NUMBER | XXXXXXXX6540 |
| TOTAL CREDIT LIMIT | $5,000 |
| TOTAL CREDIT LIMIT AVAILABLE | $81 |
| STATEMENT DATE | 02/11/08 |

| PAYMENT SUMMARY | |
|---|---|
| MINIMUM PAYMENT* | $109.00 |
| PAYMENT DUE DATE | 03/07/08 |
| CURRENT PAYMENT DUE* | $109.00 |

*See About Your Payment on reverse for an explanation of these amounts.

| BALANCE SUMMARY | | |
|---|---|---|
| PREVIOUS BALANCE | | $4,972.98 |
| PAYMENTS/CREDITS | - | $114.00 |
| PURCHASES/DEBITS | + | $0.00 |
| FINANCE CHARGE | + | $59.67 |
| NEW BALANCE | = | $4,918.65 |

## TRANSACTION SUMMARY
(For additional transaction detail go to www.hsbccreditcard.com)

| TRANS DATE | POST DATE | TRANSACTION DESCRIPTION | REFERENCE NUMBER | AMOUNT CHARGES | CREDITS |
|---|---|---|---|---|---|
| 01/31 | 02/01 | DMP PAYMENT | 5013108631200000003250 | | -$114.00 |

## FINANCE CHARGE CALCULATION
This is a grace account. Grace period information on back.

| | Average Daily Balance | Daily Periodic Rate | Days in Billing Cycle | FINANCE CHARGE At Periodic Rate | Cash Advance/ Transaction Fees | Nominal Annual Percentage Rate | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|---|
| PURCHASES | $4,399.09 | 0.03535% | 31 | $48.21 | $0.00 | 12.90% | 12.900% |
| CASH ADVANCES | $558.75 | 0.06617% | 31 | $11.46 | $0.00 | 24.15% | 24.150% |

### IMPORTANT INFORMATION
As a reminder, your APRs may immediately increase up to the Default APR if your payment is late or you exceed your credit limit, as per your Cardmember Agreement and Disclosure Statement.

✓ MAIL PAYMENTS TO:
HSBC CARD SERVICES
PO BOX 60102
CITY OF INDUSTRY CA 91716-0102

☎ QUESTIONS?
24-HOUR CUSTOMER SERVICE
1-800-462-2018
OUTSIDE USA, COLLECT: 1-757-523-3680
TDD HEARING IMPAIRED: 1-800-365-9020
🖥 Manage your account online at:
www.hsbccreditcard.com

✉ MAIL INQUIRIES TO:
HSBC CARD SERVICES
PO BOX 81622
SALINAS CA 93912-1622

090751 6  11  0000000103  G    STMT72  D B                00084800         HBS1

PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT: To Assure Proper Credit Please Write Your Account Number On Your Check

| Account Number | XXXXXXXX-6540 |
|---|---|
| | Payment Due Date    03/07/08 |
| New Balance    $4,918.65 | Current Payment Due    $109.00 |

Include account number on check to HSBC CARD SERVICES. Do not send cash. Send payment 7 days prior to the Payment Due Date to ensure timely delivery.

Amount Enclosed

SHAWN F SNYDER
3935 QUADREL ST
LAS VEGAS NV 89129-5514
IIahIhhuuIhhdhIhuhdhhhuhIIdhIhIhdhhhdh

HSBC CARD SERVICES
PO BOX 60102
CITY OF INDUSTRY  CA  91716-0102
IIuhuuIIIhhuhdhIIuhIIuuIIIIhuhIIuhII

▓▓▓▓▓▓▓▓▓▓654000010900004918659



# HOUSEHOLD BANK PLATINUM



SHAWN F SNYDER - Valued Cardmember Since 2006

Page 1 of 1

| ACCOUNT SUMMARY | |
|---|---|
| ACCOUNT NUMBER | 6540 |
| TOTAL CREDIT LIMIT | $5,000 |
| TOTAL CREDIT LIMIT AVAILABLE | $140 |
| STATEMENT DATE | 03/11/08 |

| PAYMENT SUMMARY | |
|---|---|
| MINIMUM PAYMENT* | $104.00 |
| PAYMENT DUE DATE | 04/04/08 |
| CURRENT PAYMENT DUE* | $104.00 |

* See About Your Payment on reverse for an explanation of these amounts.

| BALANCE SUMMARY | | |
|---|---|---|
| PREVIOUS BALANCE | | $4,918.65 |
| PAYMENTS/CREDITS | - | $114.00 |
| PURCHASES/DEBITS | + | $0.00 |
| FINANCE CHARGE | + | $54.60 |
| NEW BALANCE | = | $4,859.25 |

## TRANSACTION SUMMARY
(For additional transaction detail go to www.hsbccreditcard.com)

| TRANS DATE | POST DATE | TRANSACTION DESCRIPTION | REFERENCE NUMBER | AMOUNT CHARGES | CREDITS |
|---|---|---|---|---|---|
| 02/28 | 02/29 | DMP PAYMENT | 5022606031200000004815 | | -$114.00 |

## FINANCE CHARGE CALCULATION
This is a grace account. Grace period information on back.

| | Average Daily Balance | Daily Periodic Rate | Days In Billing Cycle | FINANCE CHARGE At Periodic Rate | Cash Advance/ Transaction Fees | Nominal Annual Percentage Rate | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|---|
| PURCHASES | $4,396.69 | 0.03535% | 29 | $44.46 | $0.00 | 12.90% | 12.900% |
| CASH ADVANCES | $557.32 | 0.06274% | 29 | $10.14 | $0.00 | 22.90% | 22.900% |

✓ MAIL PAYMENTS TO:
HSBC CARD SERVICES
PO BOX 60102
CITY OF INDUSTRY CA 91716-0102

☎ QUESTIONS?
24-HOUR CUSTOMER SERVICE
1-800-462-2016
OUTSIDE USA, COLLECT: 1-757-523-3580
TDD HEARING IMPAIRED: 1-800-395-6029
✉ Manage your account online at:
www.hsbccreditcard.com

✉ MAIL INQUIRIES TO:
HSBC CARD SERVICES
PO BOX 81622
SALINAS CA 93912-1622

0907515  11  0000000103  G     STMT72  D B                                    00004605              HBS1

PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT: To Assure Proper Credit Please Write Your Account Number On Your Check

| Account Number | 6540 |
|---|---|
| | Payment Due Date  04/04/08 |
| New Balance  $4,859.25 | Current Payment Due  $104.00 |

Include account number on check to HSBC CARD SERVICES. Do not send cash. Send payment
7 to 10 days prior to the Payment Due Date to ensure timely delivery.

Amount
Enclosed

SHAWN F SNYDER
3936 QUADREL ST
LAS VEGAS NV  89129-5514
||||.|.||.|.||.|..|||.|.||.|.||.|.||.|..||..||.|.|.||.|.||.|.||.|.|.||.||

HSBC CARD SERVICES
PO BOX 60102
CITY OF INDUSTRY  CA  91716-0102
||.||...|||..||..|..||.||.||.||....|||||...|.|.||.||

6540000104000048592500



# HOUSEHOLD BANK PLATINUM 

SHAWN F SNYDER - Valued Cardmember Since 2006

Page 1 of 1

| ACCOUNT SUMMARY | | PAYMENT SUMMARY | | BALANCE SUMMARY | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | ████████-6540 | MINIMUM PAYMENT* | $161.00 | PREVIOUS BALANCE | $4,859.25 |
| TOTAL CREDIT LIMIT | $5,000 | PAYMENT DUE DATE | 05/06/08 | PAYMENTS/CREDITS − | $114.00 |
| TOTAL CREDIT LIMIT AVAILABLE | $142 | CURRENT PAYMENT DUE* | $161.00 | PURCHASES/DEBITS + | $0.00 |
| | | * See Your Payment on reverse for an explanation of these amounts. | | | |
| | | | | FINANCE CHARGE + | $111.97 |
| | | | | NEW BALANCE = | $4,857.22 |
| STATEMENT DATE | 04/11/08 | | | | |

## TRANSACTION SUMMARY
(For additional transaction detail go to www.hsbccreditcard.com)

| TRANS DATE | POST DATE | TRANSACTION DESCRIPTION | REFERENCE NUMBER | AMOUNT CHARGES | CREDITS |
|---|---|---|---|---|---|
| 03/28 | 03/29 | DMP PAYMENT | 503280683120000008553 | | -$114.00 |

## FINANCE CHARGE CALCULATION
This is a grace account. Grace period information on back.

| | Average Daily Balance | Daily Periodic Rate | Days in Billing Cycle | FINANCE CHARGE At Periodic Rate | Cash Advance/ Transaction Fees | Nominal Annual Percentage Rate | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|---|
| PURCHASES | $4,300.58 | 0.07395% | 31 | $98.59 | $0.00 | 26.99% | 26.990% |
| CASH ADVANCES | $557.60 | 0.07737% | 31 | $13.38 | $0.00 | 28.24% | 28.240% |

✓ MAIL PAYMENTS TO:
HSBC CARD SERVICES
PO BOX 80102
CITY OF INDUSTRY  CA  91710-0102

☎ QUESTIONS?
24-HOUR CUSTOMER SERVICE
1-800-462-2016
OUTSIDE USA, COLLECT:  1-757-523-3880
TDD HEARING IMPAIRED:  1-800-395-9020
🖳 Manage your account online at:
www.hsbccreditcard.com

✉ MAIL INQUIRIES TO:
HSBC CARD SERVICES
PO BOX 81622
SALINAS  CA  93912-1622

0907515  11  0000000103  G    STMT72  D  B                    00004459          HB81

PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT: To Assure Proper Credit Please Write Your Account Number On Your Check

| Account Number | ████████-6540 |
|---|---|
| | Payment Due Date    05/06/08 |
| New Balance | $4,857.22  Current Payment Due    $161.00 |

Include account number on check to HSBC CARD SERVICES. Do not send cash. Send  payment
7 to 10 days prior to the Payment Due Date to ensure timely delivery.

Amount
Enclosed

SHAWN F SNYDER
3935 QUADREL ST
LAS VEGAS NV  89129-5514
IlahlhlmdlllillhlilhlilliliillilmllilhlilllilllilIllilll

HSBC CARD SERVICES
PO BOX 60102
CITY OF INDUSTRY  CA  91716-0102
IllilllilllllillilllllllilllllillIllilllilllilll

████████ 654000016100004857221



## HOUSEHOLD BANK PLATINUM



SHAWN F SNYDER

Page 1 of 1

| ACCOUNT SUMMARY | |
|---|---|
| ACCOUNT NUMBER | 6540 |
| TOTAL CREDIT LIMIT | $5,000 |
| TOTAL CREDIT LIMIT AVAILABLE | $0 |
| STATEMENT DATE | 05/11/08 |

| PAYMENT SUMMARY | |
|---|---|
| MINIMUM PAYMENT* | $162.00 |
| PAYMENT DUE DATE | 06/05/08 |
| OVERLIMIT AMOUNT | $32.05 |
| PAST DUE AMOUNT | $47.00 |
| CURRENT PAYMENT DUE* | $209.00 |

To avoid additional late and/or overlimit fees, you must pay the Current Payment Due (which includes the Minimum Payment and any Past Due and/or Overlimit Amounts). *See About Your Payment on reverse for an explanation of these amounts.

| BALANCE SUMMARY | | |
|---|---|---|
| PREVIOUS BALANCE | | $4,857.22 |
| PAYMENTS/CREDITS | - | $114.00 |
| PURCHASES/DEBITS | + | $177.51 |
| FINANCE CHARGE | + | $111.32 |
| NEW BALANCE | = | $5,032.05 |

### TRANSACTION SUMMARY
(For additional transaction detail go to www.hsbccreditcard.com)

| TRANS DATE | POST DATE | TRANSACTION DESCRIPTION | REFERENCE NUMBER | AMOUNT CHARGES | CREDITS |
|---|---|---|---|---|---|
| 04/24 | 04/25 | DMP PAYMENT | 50424086312000000005483 | | -$114.00 |
| 04/10 | 04/12 | VONS  Store00023929 LAS VEGAS  NV | MT08103010000000010026823 | $29.58 | |
| 04/10 | 04/12 | 7-ELEVEN 26860  QOS LAS VEGAS  NV | MT08103010000000010081595 | $2.79 | |
| 04/10 | 04/12 | 7-ELEVEN 26860  QOS LAS VEGAS  NV | MT08103010000000010081596 | $4.66 | |
| 04/10 | 04/12 | J & J HEALTH FOODS #  LAS VEGAS  NV | MT08103010100001100023755 | $5.50 | |
| 04/13 | 04/14 | FOOD4LESS #0503  SE2 LAS VEGAS  NV | MT08105010500001000028490 | $100.00 | |
| 05/06 | 05/06 | LATE CHARGE ASSESSMENT | 10000001030000899880326D | $35.00 | |

PROTECT YOUR CREDIT RATING. YOUR ACCOUNT IS PAST DUE. CALL 800-395-0500 TODAY TO MAKE YOUR PAYMENT. THANK YOU.

### FINANCE CHARGE CALCULATION
This is a  grace  account. Grace period information on back.

| | Average Daily Balance | Daily Periodic Rate | Days in Billing Cycle | FINANCE CHARGE At Periodic Rate | Cash Advance/ Transaction Fees | Nominal Annual Percentage Rate | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|---|
| PURCHASES | $4,433.96 | 0.07395% | 30 | $98.37 | $0.00 | 26.99% | 26.990% |
| CASH ADVANCES | $557.71 | 0.07737% | 30 | $12.95 | $0.00 | 28.24% | 28.240% |

✓ MAIL PAYMENTS TO:
HSBC CARD SERVICES
PO BOX 60102
CITY OF INDUSTRY CA 91716-0102

☎ QUESTIONS?
24-HOUR CUSTOMER SERVICE
1-800-462-2016
OUTSIDE USA, COLLECT: 1-757-523-3880
TDD HEARING IMPAIRED: 1-800-395-9020
✉ Manage your account online at:
www.hsbccreditcard.com

✉ MAIL INQUIRIES TO:
HSBC CARD SERVICES
PO BOX 81822
SALINAS CA 93912-1822

090751 5 A  11  0000000103  G    STMT72 D B                00004764          HBS1

PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT: To Assure Proper Credit Please Write Your Account  Number On Your Check

| Account Number | | | -6540 |
|---|---|---|---|
| New Balance | $5,032.05 | Minimum Payment | $162.00 |
| Payment Due Date | 06/05/08 | Current Payment Due | $209.00 |

Include account number on check to HSBC CARD SERVICES.  Do not send cash. Send payment 7 to 10 days prior to Payment Due Date to ensure timely delivery. To avoid additional late and/or overlimit fees, pay the Current Payment Due.

Amount
Enclosed

SHAWN F SNYDER
3935 QUADREL ST
LAS VEGAS NV  89129-5514

HSBC CARD SERVICES
PO BOX 60102
CITY OF INDUSTRY  CA  91716-0102

6540000209000005032052



# HOUSEHOLD BANK PLATINUM 

SHAWN F SNYDER

Page 1 of 1

| ACCOUNT SUMMARY | |
|---|---|
| ACCOUNT NUMBER | -6540 |
| TOTAL CREDIT LIMIT | $5,000 |
| TOTAL CREDIT LIMIT AVAILABLE | $0 |
| STATEMENT DATE | 08/11/08 |

| PAYMENT SUMMARY | |
|---|---|
| MINIMUM PAYMENT* | $113.22 |
| PAYMENT DUE DATE | 07/04/08 |
| PAST DUE AMOUNT | $46.22 |
| CURRENT PAYMENT DUE* | $159.44 |

To avoid an additional late fee, you must pay the Current Payment Due (which includes the Minimum Payment plus any Past Due Amount). * See About Your Payment on reverse for an explanation of these amounts.

| BALANCE SUMMARY | | |
|---|---|---|
| PREVIOUS BALANCE | | $5,032.05 |
| PAYMENTS/CREDITS | - | $114.00 |
| PURCHASES/DEBITS | + | $0.00 |
| FINANCE CHARGE | + | $38.05 |
| NEW BALANCE | = | $4,956.10 |

## TRANSACTION SUMMARY
(For additional transaction detail go to www.hsbccreditcard.com)

| TRANS DATE | POST DATE | TRANSACTION DESCRIPTION | REFERENCE NUMBER | CHARGES | CREDITS |
|---|---|---|---|---|---|
| 05/23 | 05/24 | DMP PAYMENT | 5052308631200000097109 | | -$114.00 |

## FINANCE CHARGE CALCULATION
This is a grace account. Grace period information on back.

| | Average Daily Balance | Daily Periodic Rate | Days in Billing Cycle | FINANCE CHARGE At Periodic Rate | Cash Advance/ Transaction Fees | Nominal Annual Percentage Rate | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|---|
| PURCHASES | $4,424.26 | 0.02466% | 31 | $33.82 | $0.00 | 9.000% | 9.000% |
| CASH ADVANCES | $552.74 | 0.02466% | 31 | $4.23 | $0.00 | 9.000% | 9.000% |

✓ MAIL PAYMENTS TO:
HSBC CARD SERVICES
PO BOX 60102
CITY OF INDUSTRY CA 91716-0102

☎ QUESTIONS?
24-HOUR CUSTOMER SERVICE
1-800-492-2018
OUTSIDE USA, COLLECT: 1-757-523-3880
TDD HEARING IMPAIRED: 1-800-395-9020
💻 Manage your account online at:
www.hsbccreditcard.com

✉ MAIL INQUIRIES TO:
HSBC CARD SERVICES
PO BOX 81622
SALINAS CA 93912-1622

090751 5 G  11  0000000103  G    STMT72  D  B                    00004177         HBS1

PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT: To Assure Proper Credit Please Write Your Account Number On Your Check

| Account Number | | -6540 |
|---|---|---|
| New Balance | $4,956.10 | Minimum Payment | $113.22 |
| Payment Due Date | 07/04/08 | Current Payment Due | $159.44 |

Include account number on check to HSBC CARD SERVICES. Do not send cash. Send payment 7 to 10 days prior to Payment Due Date to ensure timely delivery. To avoid an additional late fee, pay the Current Payment Due.

Amount Enclosed

SHAWN F SNYDER
3935 QUADREL ST
LAS VEGAS NV 89129-5514

HSBC CARD SERVICES
PO BOX 60102
CITY OF INDUSTRY  CA  91716-0102

6540000l5944004956l08



# HOUSEHOLD BANK PLATINUM



SHAWN F SNYDER

Page 1 of 1

| ACCOUNT SUMMARY | |
|---|---|
| ACCOUNT NUMBER | XXXXXXXX6540 |
| TOTAL CREDIT LIMIT | $5,000 |
| TOTAL CREDIT LIMIT AVAILABLE | $0 |
| STATEMENT DATE | 07/11/08 |

| PAYMENT SUMMARY | |
|---|---|
| MINIMUM PAYMENT* | $113.22 |
| PAYMENT DUE DATE | 08/05/08 |
| PAST DUE AMOUNT | $159.44 |
| CURRENT PAYMENT DUE* | $272.66 |

*To avoid an additional late fee, you must pay the Current Payment Due (which includes the Minimum Payment plus any Past Due Amount). * See About Your Payment on reverse for an explanation of these amounts.

| BALANCE SUMMARY | | |
|---|---|---|
| PREVIOUS BALANCE | | $4,956.10 |
| PAYMENTS/CREDITS | - | $0.00 |
| PURCHASES/DEBITS | + | $0.00 |
| FINANCE CHARGE | + | $36.80 |
| NEW BALANCE | = | $4,992.90 |

### FINANCE CHARGE CALCULATION
This is a grace account. Grace period information on back.

| | Average Daily Balance | Daily Periodic Rate | Days In Billing Cycle | FINANCE CHARGE At Periodic Rate | Cash Advance/ Transaction Fees | Nominal Annual Percentage Rate | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|---|
| PURCHASES | $4,421.57 | 0.02466% | 30 | $32.71 | $0.00 | 9.00% | 9.000% |
| CASH ADVANCES | $553.29 | 0.02466% | 30 | $4.09 | $0.00 | 9.00% | 9.000% |

✓ MAIL PAYMENTS TO:
HSBC CARD SERVICES
PO BOX 60102
CITY OF INDUSTRY CA 91716-0102

☎ QUESTIONS?
24-HOUR CUSTOMER SERVICE
1-800-462-2016
OUTSIDE USA, COLLECT: 1-757-523-3680
TDD HEARING IMPAIRED: 1-800-395-5020
🖥 Manage your account online at:
www.hsbccreditcard.com

✉ MAIL INQUIRIES TO:
HSBC CARD SERVICES
PO BOX 81622
SALINAS CA 93912-1622

080751 5 G 11  0000000103  G  STMT72 D B          00004013          HBS1

PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT. To Assure Proper Credit Please Write Your Account Number On Your Check

| Account Number | XXXXXXXX6540 |
|---|---|
| New Balance | $4,992.90 Minimum Payment $113.22 |
| Payment Due Date | 08/05/08 Current Payment Due $272.66 |

Include account number on check to HSBC CARD SERVICES. Do not send cash. Send payment 7 to 10 days prior to Payment Due Date to ensure timely delivery. To avoid an additional late fee, pay the Current Payment Due.

Amount Enclosed

SHAWN F SNYDER
3955 QUADRIL ST
LAS VEGAS NV  89129-5514

HSBC CARD SERVICES
PO BOX 60102
CITY OF INDUSTRY  CA  91716-0102

6540000272660049929 09



# HOUSEHOLD BANK PLATINUM



SHAWN F SNYDER

Page 1 of 1

## ACCOUNT SUMMARY

| | |
|---|---|
| ACCOUNT NUMBER | 6540 |
| TOTAL CREDIT LIMIT | $5,000 |
| TOTAL CREDIT LIMIT AVAILABLE | $0 |
| STATEMENT DATE | 08/11/08 |

## PAYMENT SUMMARY

| | |
|---|---|
| MINIMUM PAYMENT* | $69.00 |
| PAYMENT DUE DATE | 09/05/08 |
| OVERLIMIT AMOUNT | $31.21 |
| PAST DUE AMOUNT | $272.68 |
| **CURRENT PAYMENT DUE*** | **$361.68** |

To avoid additional late and/or overlimit fees, you must pay the Current Payment Due (which includes the Minimum Payment and any Past Due and/or Overlimit Amounts).   *See About Your Payment on reverse for an explanation of these amounts.

## BALANCE SUMMARY

| | | |
|---|---|---|
| PREVIOUS BALANCE | | $4,992.90 |
| PAYMENTS/CREDITS | - | $0.00 |
| PURCHASES/DEBITS | + | $0.00 |
| FINANCE CHARGE | + | $38.31 |
| NEW BALANCE | = | $5,031.21 |

## TRANSACTION SUMMARY
(For additional transaction detail go to www.hsbccreditcard.com)

| TRANS DATE | POST DATE | TRANSACTION DESCRIPTION | REFERENCE NUMBER | AMOUNT CHARGES | CREDITS |
|---|---|---|---|---|---|

IF YOU ARE UNABLE TO SEND YOUR PAYMENT TODAY, PLEASE CALL 800-395-0500 TO DISCUSS A REPAYMENT ARRANGEMENT.

## FINANCE CHARGE CALCULATION
This is a grace account. Grace period information on back.

| | Average Daily Balance | Daily Periodic Rate | Days in Billing Cycle | FINANCE CHARGE At Periodic Rate | Cash Advance/ Transaction Fees | Nominal Annual Percentage Rate | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|---|
| PURCHASES | $4,464.93 | 0.02466% | 31 | $34.06 | $0.00 | 9.00% | 9.000% |
| CASH ADVANCES | $556.47 | 0.02466% | 31 | $4.25 | $0.00 | 9.00% | 9.000% |

✓ **MAIL PAYMENTS TO:**
HSBC CARD SERVICES
PO BOX 60102
CITY OF INDUSTRY CA 91716-0102

☎ **QUESTIONS?**
24-HOUR CUSTOMER SERVICE
1-800-452-2016
OUTSIDE USA, COLLECT: 1-757-523-3880
TDD HEARING IMPAIRED: 1-800-395-6020
🖥 Manage your account online at:
www.hsbccreditcard.com

✉ **MAIL INQUIRIES TO:**
HSBC CARD SERVICES
PO BOX 81622
SALINAS CA 93912-1622

0907515 E 11 0000000103  G    STMT72 D B                    C0003397              HB91

PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT: To Assure Proper Credit Please Write Your Account Number On Your Check

| Account Number | | -6540 |
|---|---|---|
| New Balance | $5,031.21 | Minimum Payment | $69.00 |
| Payment Due Date | 09/05/08 | Current Payment Due | $361.68 |

Include account number on check to HSBC CARD SERVICES.  Do not send cash. Send payment 7 to 10 days prior to Payment Due Date to ensure timely delivery. To avoid additional late and/or overlimit fees, pay the Current Payment Due.

Amount
Enclosed

SHAWN F SNYDER
3935 QUADREL ST
LAS VEGAS NV  89129-5514

HSBC CARD SERVICES
PO BOX 60102
CITY OF INDUSTRY  CA  91716-0102

65400003616600503121 1



EXHIBIT B